L. M. RABINOWITZ & COMPANY, INC., Appellant, v. INTERWOVEN HOOK AND EYE CO., INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.; Martin, J., dissents.

FRANK MIRONCHIK, Respondent, v. SAGADAHOC STEAMSHIP CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.; Martin and Sherman, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 347 WEST THIRTY-SIXTH STREET CORPORATION, Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ. [137 Misc. 62.]

In the Matter of the Application of EXECUTIVE SERVICE CORPORATION, Petitioner, against WILLIAM F. QUIGLEY, as Commissioner of Licenses of the City of New York, and Another, Respondents.— Order of certiorari sustained and determination annulled, with fifty dollars costs and disbursements to the petitioner, on the authority of Ribnik v. McBride (277 U. S. 350). Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

HELEN M. O'BRIEN, Appellant, v. CHARLES W. STICKLE, Respondent. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

HELEN M. O'BRIEN, Appellant, v. CHARLES W. STICKLE, Respondent. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED BUCHANAN, Appellant.— Judgment affirmed. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

BLANCH OLECK and WILLIAM OLECK, Respondents, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant, Impleaded with Another.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiffs stipulate that the judgment as entered in favor of the plaintiff Blanch Oleck be reduced to the sum of $1,653.85; in which event the judgment appealed from as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.; O'Malley, J., dissents and votes for affirmance.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. RUTH SNYDER and RUTH LORRAINE SNYDER, Defendants, Impleaded with JOSEPHINE BROWN, as Administratrix, etc., of ALBERT E. SNYDER, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

PETER H. CORR, Appellant, v. GEORGE F. HOFFMAN and FRANK E. HOFFMAN, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

PETER H. CORR, Respondent, v. GEORGE F. HOFFMAN, Appellant, Impleaded, etc.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

CHARLES NAGLE, Respondent, v. JOSEPH M. RUBIN, Appellant.— Order affirmed,